B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Texas El Paso Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Good Time Stores, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA GTS Beverage, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-1786364** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7108 Airport Rd.**<br>**El Paso, TX**<br>ZIP Code **79925** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Good Time Stores, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Good Time Stores, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ E.P. Bud Kirk**
Signature of Attorney for Debtor(s)

**E.P. Bud Kirk**
Printed Name of Attorney for Debtor(s)

**E.P. BUD KIRK**
Firm Name

**600 Sunland Park Dr.**
**Building Four, Ste. 400**
**El Paso, TX 79912**
Address

Email: budkirk@aol.com
**915-584-3773  Fax: 915-581-3452**
Telephone Number

**August 7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce Nelson**
Signature of Authorized Individual

**Bruce Nelson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 7, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANIMOUS CONSENT
# OF THE SHAREHOLDERS AND DIRECTORS OF
# GOOD TIME STORES, INC.

The undersigned being respectively the sole shareholder and the sole director of GOOD TIME STORES, INC., a Texas corporation, acting without a meeting pursuant to the Business Corporation Act of the State of Texas, do hereby unanimously adopt the following resolutions with the same force and effect as if they had been adopted at a duly called regular meetings of the directors and shareholders of GOOD TIME STORES, INC.

> RESOLVED, That in view of the adverse financial condition of this corporation, this corporation file a reorganization proceeding under Chapter 11 of the Bankruptcy Code.
>
> FURTHER RESOLVED, That BRUCE NELSON, the President of this corporation, be, and he is hereby authorized to sign on behalf of this corporation all petitions, schedules, and all other documents necessary, or which he shall in his sole discretion deem desirable, in connection with such bankruptcy proceeding.
>
> FURTHER RESOLVED, that this Resolution shall be placed in the minutes book of the corporation

EXECUTED as of the 7th day of August, 2015.

_/S/__BRUCE NELSON_____
BRUCE NELSON,
Sole Director


**GTS M&A, Inc.**
Sole Shareholder

By: __/s/ BRUCE NELSON_____
    BRUCE NELSON
As: Chairman

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

S T A T E M E N T

Petitioners are qualified to file this Petition and are entitled to the benefits of Title 11, United States Code as voluntary debtors, having not been debtors in a case pending under this Title at any time in the preceding 180 days in which the case was dismissed by the Court for willful failure to abide by orders of the Court, or to appear before the Court in the proper prosecution of the case, or in a case where the voluntary dismissal of a case was requested and obtained following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11, United States Code.

**GOOD TIME STORES, INC.**

By: /s/
    BRUCE NELSON
Its: President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| GOOD TIME STORES, INC., | § | No. |
| | § | |
| Debtor. | § | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $300.00/hr. |
    | Prior to the filing of this statement I have received | $3,283.00. |
    | Balance Due | Hourly as earned. |
    | Amount of filing fee remaining to be paid | $ .00. |

2. The source of compensation to be paid to me was:

    __X__ Debtor          _____ Other (Specify)

3. The source of compensation to be paid to me is:

    _____ Debtor          _____ Other (Specify)

4. __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    _____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

  c.  Representation of the debtor at the meeting of creditors and confirmation hearing (if any), and any adjourned hearings thereof;

  d.  Representation of the debtor in contested bankruptcy matters as those are defined under the Bankruptcy Rules.

  e.  Services necessary and proper to achieve an effective reorganization.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any adversary proceedings (if applicable) to accomplish a turnover, avoid a transfer, or litigate dischargeability or discharge. Also, the fees do not cover any services necessary to cure post-petition defaults to secured creditors.

AGREED TO BY THE DEBTOR(S):

Date: 8-7-15             **GOOD TIME STORES, INC.**

                  By: /s/
                    BRUCE NELSON
                 Its: President

### **CERTIFICATION**

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

8-7-15                  /s/
Date                 E.P. BUD KIRK
                 Texas State Bar No. 11508650
                 600 Sunland Park Dr.
                 Building Four, Suite 400
                 El Paso, Texas 79912
                 (915) 584-3773
                 (915) 581-3452 facsimile
                 budkirk@aol.com

                 Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT
Western District of Texas

In re                                                                     Case No.
        GOOD TIME STORES, INC.
              Debtor.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | # OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A. Real Property | | | | | |
| B. Personal Property | | | | | |
| C. Property Claimed as Exempt | This is an emergency filing. Schedules and a Statement of Affairs will be filed within 14 days of filing of the Emergency Voluntary Petition. | | | | |
| D. Creditors Holding Secured Claims | | | | | |
| E. Creditors Holding Unsecured Priority Claims | | | | | |
| F. Creditors Holding Unsecured Non-Priority Claims | | | | | |
| G. Executory Contracts and Unexpired Leases | | | | | |
| H. Codebtors | | | | | |
| I. Current Income of Individual Debtor(s) | | | | | |
| J. Current Expenditures of Individual Debtor(s) | | | | | |

| Total Number of Sheets in ALL Schedules ▸ | |
|---|---|
| Total Assets ▸ $ | |
| Total Liabilities ▸ $ | |

# United States Bankruptcy Court
**Western District of Texas El Paso Division**

In re  **Good Time Stores, Inc.**                             Case No.
                                             Debtor(s)                        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 7, 2015**                    **/s/ Bruce Nelson**
                                                     **Bruce Nelson**/**President**
                                                     Signer/Title

```
A.M. Refrigeration
4418 Tetons Dr.
El Paso, TX 79904


AC&JJ Communications
9213 Vicksburg
El Paso, TX 79924


Amerigas
6820 Industrial Ave.
El Paso, TX 79915


Amigo Plumbing Repair Co.
8389 Beverly Pl.
El Paso, TX 79907


Ashita, LLC
Attn: Sammy Veroni
3026 Marina Bay Drive
League City, TX 77573


AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001


Berkadia Commercial Mortgage
6955 Union Park Center
Suite 450, NC 28217
Midvale, UT 84047


BLB Construction
6146 Crestmount Drive
Baton Rouge, LA 70809


Blue Rhino
One Liberty Plaza
Mail Drop #40
Liberty, MO 64068


Brink U.S.
P.O. Box 619031
Dallas, TX 75261-9031
```

C&L Pump Service, Inc.
1510 N. Zaragoza, Ste. B6
El Paso, TX 79936


C&R Dist. Inc.
P.O. Box 17993
El Paso, TX 79917-7996


Caldarella's Inc.
201 N. Clark Dr.
El Paso, TX 79905


Checks
4526 University Bldg. 5
P.O. Box 14808
Odessa, TX 79768


Chevron
6001 Bollinger Canyon Rd.
San Ramon, CA 94583


Chevron Gas Card
P.O. Box 70887
Charlotte, NC 28272-0887


City of El Paso/International Airport
Accounting Dept.
6701 Convair Drive
El Paso, TX 79925


Clear Channel Radio
7220 Copperqueen Dr.
El Paso, TX 79915


Commercial Technical Ser
5739 Mackerel Ln.
El Paso, TX 79924


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4346


Dairy Specialty
P.O. Box 25083
Albuquerque, NM 87125-5083

```
Desert Backflow
2817 Penwood Dr.
El Paso, TX 79935


DWS Building Supply
6050 Lockett Ct.
El Paso, TX 79932


E.A. Sween dba Deli Exp
16101 West 78th Street
Eden Prairie, MN 55344


Ecolab, Inc.
P.O. Box 70343
Chicago, IL 60673-0343


El Paso County Tax Assessor/Collector
500 E. Overland, Rm. 101
El Paso, TX 79901


El Paso Disposal
5510 El Paso Drive
El Paso, TX 79905


El Paso Electric
Attn: Jeffrey T. Weikert
100 N. Stanton
El Paso, TX 79901


El Paso Electric Co.
P.O. Box 982
El Paso, TX 79960


El Paso Water Utilities
P.O. Box 511
El Paso, TX 79961


Ferguson Enterprises, Inc.
P.O. Box 847411
Dallas, TX 75284-7411


Frito-Lay, Inc.
1100 Reynolds Blvd.
Winston Salem, NC 27105
```

```
George H. McCrimlisk & C
225 South Lake Ave. #1410
Pasadena, CA 91101


Gordon Davis Johnson & Shane P.C.
P.O. Box 1322
El Paso, TX 79947-1322


Grainer
Dept. 803330398
P.O. Box 419267
Kansas City, MO 64141-6267


Great Lakes Graphics, Inc.
3354 Superior Avenue E.
Cleveland, OH 44114


Heist Disposal Inc.
P.O. Box 370335
El Paso, TX 79937


Hitech Southwest
9401 Carnegie, Ste. 1M
El Paso, TX 79925


Home Depot Credit Service
P.O. Box 6031
The Lakes, NV 88901-6031


Hughes Network Systems
P.O. Box 96874
Chicago, IL 60693-6874


Internal Revenue Office
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


International Laundry
817 Texas
El Paso, TX 79901


IRS Insolvency Office
300 E. 8th Street, Mail Stop 5026AUS
Austin, TX 78701
```

Ivan's Pumping Service
290 N. Nevarez
El Paso, TX 79927


JCE II, LLC
11355 Rojas, Ste. 6
El Paso, TX 79936


Johnstone Supply of El Paso
800 Tony Lama
El Paso, TX 79915


Kachina Petroleum Equipment
3700 Buckner
El Paso, TX 79925


Kalil Bottling Co.
P.O. Box 26888
Tucson, AZ 85726-6888


Kehe Distributors
P.O. Box 731151
Dallas, TX 75373-1151


KempSmith, LLP
221 North Kansas, Ste. 1700
El Paso, TX 79901


Knockout Security System
7048 El Cajon
El Paso, TX 79912


LSI Graphic Solutions Pl.
1054 Solutions Center
Chicago, IL 60677-1000


Mission Linen
SAP No. 161071
1409 Texas Avenue
El Paso, TX 79901


New E-Pay, LLC
9701 W. Higgins, Ste. 200
Des Plaines, IL 60018

Nova Lighting Supplies
P.O. Box 32006
Charlotte, NC 28232


NuCo2, LLC
P.O. Box 9011
Stuart, FL 34995-9011


Nustar, Inc.
1425 Stagecoach Road
Shakopee, MN 55379


Pineda Grantor Trust II
99 High St. Fl 7
Boston, MA 02110-2359


Precision Electrical
1526 Peter Cooper
El Paso, TX 79936


Professional Data Solution
3407 South 31st Street, Ste. 200
Temple, TX 76502


Publy Shop
10584 Santa Paula Dr.
El Paso, TX 79927


Reddy Ice Lockbox
P.O. Box 730505
Dallas, TX 75373-0505


Rick's Sign Shop
534 Sandy Lane
El Paso, TX 79907


Rountree Capital Corporation
P.O. Box 11387
Chicago, IL 60611


Ryan, Inc.
Three Galleria Tower
13155 Noel Rd., Ste. 100
Dallas, TX 75240

```
Ryder Transportation Ser
P.O. Box 96723
Chicago, IL 60693-6723


Safety-Kleen
P.O. Box 650509
Dallas, TX 75265-0509


Sierra Providence East
3280 Joe Battle Blvd.
El Paso, TX 79938-2622


Signtech
4444 Federal Blvd.
San Diego, CA 92102


Special Insurance Services
2740 Dallas Parkway, Ste. 100
Plano, TX 75093


Spectrum
P.O. Box 660831
Dallas, TX 75266-0831


Staples Advantage
P.O. Box 83689
Chicago, IL 60696-3689


Sysco Food Services of N
P.O. Box 25887
Albuquerque, NM 87125-5887


T.E.O. Investments, Inc.
11101 Leo Collins Drive.
El Paso, TX 79936


Texas Alcoholic Beverage Commission
Licenses and Permits Division
P.O. Box 13127
Austin, TX 78711
```

Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Division
P.O. Box 13528
Austin, TX 78711


Texas Gas Service
P.O. Box 31427
El Paso, TX 79931


Texas Gas Service
P.O. Box 219913
Kansas City, MO 64121


Texas Workforce Commission
TWC Building-Regulatory Integrity Div.
101 East 15th Street
Austin, TX 78778


The Laster Group
5407 N. Mesa
El Paso, TX 79912


Tombstone Chile, Inc.
3622 E. Missouri Ave.
El Paso, TX 79903


TYCO Intergrated Security
P.O. Box 371967
Pittsburgh, PA 15250-7967


United Refrigeration, Inc.
P.O. Box 678458
Dallas, TX 75267-8458


United States Attorney
Civil Process Clerk-IRS
601 N.W. Loop 410, Ste. 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

```
Wright & Dalbin
2112 Murchison
El Paso, TX 79930
```