IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| GOOD TIME STORES, INC., | § | Case No. 15-31243-HCM-11 |
| | § | |
| Debtor. | § | |

## MOTION FOR INTERIM APPROVAL OF USE OF CASH COLLATERAL

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor-in-Possession GOOD TIME STORES, INC. and through its counsel files this Motion for Interim Approval of Use of Cash Collateral, and would show:

1.

Petition date in these proceedings is August 7, 2015.

2.

GOOD TIME STORES, INC. is a Texas business corporation that operates a group of convenience stores. It has creditors who are secured by liens on the Debtor's inventory of convenience store merchandise, among other collateral.

3.

The Debtor presently has a staff of 30 employees. Payrolls occur every week; the next one is scheduled for August 14, 2015. The Debtor chiefly needs to use cash collateral to pay its employees, to pay for utilities, and to replenish its merchandise.

4.

The cash collateral consists of an inventory of convenience store merchandise, including food, beverages (beer and wine and mixed beverages), sundries, paper goods, and picnic and auto supplies, having an estimated value of $35,000, and gasoline and diesel fuel having an estimated value of $2,000.00. The cash collateral also includes the cash proceeds of the inventory.

5.

Debtor can afford to reorganize and present a confirmable Plan if given a reasonable time, within the contemplated statutory limits, to do so.

6.

There are multiple liens on file against the Debtor that affect the cash collateral. In order of temporal priority, these are as follows:

1) Perfected financing statements on inventory and gasoline inventory dating back to 2009 (#09-0000202962), and 2010 (10-0025443100) since renewed and assigned and now held by Pineda NPL-F2, LLC whose address is 99 High St., 7th Floor, Boston, MA 02110 and whose counsel is Mr. Brad Gordon of Reese, Gordon & Marketos, LLC, 750 N. St. Paul St. #610, Dallas, TX 75201.

2) Federal tax liens filed centrally against the Debtor corporation by the UNITED STATES INTERNAL REVENUE SERVICE ("IRS"), on January 25, 2013 for $115,990.64, on December 31, 2014 for $21,095.94, on March 3, 2015 for $31,169.84, on February 27, 2015 for $1,076.56, and on June 12, 2015 for $51.87.

3) A State Tax lien filed by the Texas Comptroller of Public Accounts on July 2, 2015 for $1,668.08.

4) A State Tax lien filed by the Texas Comptroller on June 26, 2015 for $3,000.26, against "GTS BEVERAGE, INC." GTS BEVERAGE, INC. is an alter ego of the Debtor.

7.

Copies of the foregoing liens are hereto appended.

2

8.

In order of lawful priority, the IRS liens have all been on file for at least 45 days, and they accordingly prime the contractual liens of NPL-F2, LLC under 26 U.S.C. § 6331. The federal tax liens are superior to the TEXAS COMPTROLLER's liens because the IRS filed its liens earlier.

9.

As interim adequate protection Debtor proposes:

a) To make adequate protection payments of $1,000.00 on the 20th of each month to the IRS at INTERNAL REVENUE SERVICE INSOLVENCY SECTION, Mail Stop 5026 AUS, Austin, TX 78701;

b) To ask the Court to award a replacement lien to the IRS in the amount of the cash collateral's petition-date value;

c) To maintain the replacement collateral at a level generally no less than what was on hand on petition date;

d) To use the cash collateral only in the ordinary course of business;

e) To make available on-line its Monthly Operating Reports, on their due dates in this case; and

f) To file all post-petition tax reports and returns on a timely basis, and to pay all post-petition taxes on a timely basis.

10.

IRS, in reliance upon the proposing of the above measures, has consented to the use of its cash collateral on an interim basis. The undersigned attorney is notifying the IRS and all other

lienholders of this Motion.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that interim authorization to use cash collateral be granted, upon the terms described above.

Respectfully submitted this 7th day of August, 2015.

/s/ E.P. Bud Kirk
E.P. BUD KIRK
Texas State Bar No. 11508650
600 Sunland Park Dr.
Building Four, Ste. 400
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that on the 7th day of August, 2015 did cause a copy of the foregoing Motion for Interim Approval of Use of Cash Collateral to be mailed to U.S. Trustee, P.O. Box 1539, San Antonio, TX 78205-1539; to Good Time Stores, Inc., c/o Bruce Nelson, 901 N. Resler Dr., El Paso, TX 79912; to Internal Revenue Service, Centralized Insolvency Office, P.O. Box 7346, Philadelphia, PA 19101-7346; to IRS Insolvency Office, 300 E. 8th Street, Mail Stop 5026AUS, Austin, TX 78701; to Steven B. Bass, U.S. Attorney's Office, 816 Congress Ave., Ste. 1000, Austin, TX 78701; to Texas Comptroller of Public Accounts, Revenue Accounting Divison-Bankruptcy Section, P.O. Box 13528, Austin, TX 78711; and to Victor Monsisvais, Texas Comptroller's Office, 401 E. Franklin, El Paso, TX 79901.

/s/ E.P. Bud Kirk
E.P. BUD KIRK

4508-MC-080715

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions
2727 Allen Parkway Suite 1000
Houston, TX 77019
USA

FILING NUMBER: 09-0000202962
FILING DATE: 01/05/2009 01:01 PM
DOCUMENT NUMBER: 241647720009
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR EDI FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | **GOOD TIME STORES, INC.** | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 1c. MAILING ADDRESS: 7108 Airport Rd | CITY: El Paso | STATE: TX | POSTAL CODE: 79925 | COUNTRY: USA |
| 1d. TAX ID#: SSN OR EIN | 1e. TYPE OF ORGANIZATION: Corporation | 1f. ORG JURISDICTION: TX | 1g. ORG. ID #, if any: 0033816200 | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | **COMPASS BANK** | | | |
| 3c. MAILING ADDRESS: 132 AUSTIN AVENUE | CITY: WEATHERFORD | STATE: TX | POSTAL CODE: 76086 | COUNTRY: USA |

4. This FINANCING STATEMENT covers the following collateral:
ALL FURNITURE, FIXTURES, EQUIPMENT and GASOLINE INVENTORY; WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING; ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; ALL PROCEEDS RELATING TO ANY OF THE FOREGOING (INCLUDING INSURANCE, GENERAL INTANGIBLES, AND OTHER ACCOUNTS PROCEEDS).

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR, CONSIGNEE/CONSIGNOR, BAILEE/BAILOR, SELLER/BUYER, AG. LIEN, NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]: All Debtors, Debtor 1, Debtor 2

8. OPTIONAL FILER REFERENCE DATA
34527720

FILING OFFICE COPY

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Crowson & Crowson LLP 915-533-7717

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Crowson & Crowson LLP
P.O. Box 221170
El Paso, TX 79913
USA

**FILING NUMBER:** 10-0025443100
**FILING DATE:** 09/01/2010 10:56 AM
**DOCUMENT NUMBER:** 324759020002
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | Good Time Stores, Inc. |
| 1c. MAILING ADDRESS | 7108 Airport Road |
| CITY | El Paso |
| STATE | Tx |
| POSTAL CODE | 79925 |
| COUNTRY | USA |
| 1e. TYPE OF ORGANIZATION | Corporation |
| 1f. ORG JURISDICTION | Texas |
| 1g. ORG. ID #, if any | 0033816200 |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | Compass Bank |
| 3c. MAILING ADDRESS | 690 Sunland Park Drive |
| CITY | El Paso |
| STATE | Tx |
| POSTAL CODE | 79912 |
| COUNTRY | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All presently existing or hereafter acquired accounts receivable and rights to payment of any kind, furniture, fixtures, equipment and inventory and all proceeds therefrom.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  Attach Addendum  [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 [ADDITIONAL FEE]  [optional]

8. OPTIONAL FILER REFERENCE DATA

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**14-00302102**
**09/22/2014 12:32 PM**

FILED
TEXAS SECRETARY OF STATE

SOS

569178480005

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Capitol Services, Inc.

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Capitol Services, Inc.
800 Brazos St. #400
Austin, TX 78701

RECEIVED SEP 22 2014 CLK 85

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
100025443100    9/1/2010

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. For: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☒ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME**
Pineda Beneficiary LLC

**6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
**7a. ORGANIZATION'S NAME**
Pineda NPL-F2 LLC

**7b. INDIVIDUAL'S SURNAME**
**INDIVIDUAL'S FIRST PERSONAL NAME**
**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7c. MAILING ADDRESS** c/o Capital Crossing Servicing Company, LLC, 99 High St. - 7th Floor | **CITY** Boston | **STATE** MA | **POSTAL CODE** 02110 | **COUNTRY** USA

**8.** ☐ **COLLATERAL CHANGE:** Also check one of those four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**
Pineda Beneficiary LLC

**9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA:**
Debtor: Good Time Stores, Inc.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
USA

FILING NUMBER: 15-00089245
FILING DATE: 03/25/2015    03:12 PM
DOCUMENT NUMBER: 598090610001
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER: 10-0025443100

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION

3. ☐ ASSIGNMENT

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:

9a. ORGANIZATION'S NAME: **Pineda Grantor Trust II**

10. OPTIONAL FILER REFERENCE DATA:
**Debtor: Good Times Stores, Inc. [97755551]**

FILING OFFICE COPY

Doc# 20150046083

C-204 (Rev.1-15/13)

T. Code ■ 26515

LIMITED SALES, EXCISE, AND USE TAX

# TEXAS STATE TAX LIEN

County Clerk Of
EL PASO County
104 CITY-COUNTY BLDG
EL PASO TX 79901

Do not write in the space above

**For Comptroller's use only**

| 3. Taxpayer number | 4. Period |
|---|---|
| ■ 1-74-1786364-8 | ■ 1503 |

| 5. Audit rec. | 6. County | 7. Uniq. no. |
|---|---|---|
| ■ 000 | ■ 071 | ■ 03 |

| 8. Recording data | 9. Volume | 10. Page |
|---|---|---|
| ■ | ■ | ■ |

11. Instrument/Document number

COUNTY CLERK: Please record this Texas State Tax Lien in the "State Tax Liens Book" of your county as provided by law. Enter your county filing data in the space designated below.

Return this lien when recorded to: COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th Street
Austin, Texas 78774-0100.

Notice is hereby given that a lien exists in favor of the State of Texas for delinquent taxes/fees. All taxes/fees, fines, penalties and interest due to the State of Texas were assessed by statute and were secured as of the assessment date by a statutory lien on all real and personal property owned, claimed or acquired by the taxpayer named below.

Taxpayer identification:

GOOD TIME STORES, INC.
7108 AIRPORT RD
EL PASO TX 79906-4909

| PERIOD OF LIABILITY | TYPE OF TAX/FEE | AMOUNT OF LIEN |
|---|---|---|
| 03/01/2015 through 03/31/2015 | STATE | 1,128.89 |
| | CITY | 269.59 |
| | TRANSIT | 134.80 |
| | COUNTY | 134.80 |
| | S P D | 0.00 |
| | TOTAL AMOUNT OF LIEN $ | 1,668.08 |

This lien is cumulative and in addition to all other liens provided by law and is sufficient to cover all taxes/fees, fines, penalties and interest of any nature or type which may have accrued before or after the filing of this notice.

This notice is made as required by TEX. TAX CODE ANN. ch. 113 and all other relevant provisions of law.

Given under my hand and seal of office at the City of Austin, Texas, this ___26th___ day of ___June___, 2015

GLENN HEGAR
COMPTROLLER OF PUBLIC ACCOUNTS

County Clerk certification and recording information

2015 JUL -2 PM 2: 30
FILED FOR RECORD IN MY OFFICE
EL PASO COUNTY, TEXAS

For tax assistance call 1-800-252-5555 toll free nationwide. The Austin number is 512-463-4600.

Doc# 20150046083
#Pages 1 #NPPages 1
7/6/2015 10:17:36 A
Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees $16.00

RV

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of Real Property in El Paso County.



EL PASO COUNTY, TEXAS



64-204
(Rev.1-15/13)

Doc# 20150046082

T. Code ■ 26515
**LIMITED SALES, EXCISE, AND USE TAX**
# TEXAS STATE TAX LIEN

County Clerk Of
EL PASO County
104 CITY-COUNTY BLDG
EL PASO TX 79901

Do not write in this space above

For Comptroller use only

3. Taxpayer number: I-30-03727
4. Period: 1503
5. Audit rec.: 000
6. County: 
7. Unit no.: 05
8. Recording date: 
10. Page: 
11. Instrument/Document number: 

**COUNTY CLERK:** *Please record this Texas State Tax Lien in the "State Tax Liens Book" of your county as provided by law. Enter your county filing data in the space designated below.*

*Return this lien when recorded to:* COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17th Street
Austin, Texas 78774-0100.

Notice is hereby given that a lien exists in favor of the State of Texas for delinquent taxes/fees. All taxes/fees, fines, penalties and interest due to the State of Texas were assessed by statute and were secured as of the assessment date by a statutory lien on all real and personal property owned, claimed or acquired by the taxpayer named below.

Taxpayer Identification:

GTS BEVERAGE, INC.
7108 AIRPORT RD
EL PASO TX 79906-4909

| PERIOD OF LIABILITY | TYPE OF TAX/FEE | AMOUNT OF LIEN |
|---|---|---|
| 03/01/2015 through 03/31/2015 | STATE | 2,365.29 |
| | CITY | 317.47 |
| | TRANSIT | 158.75 |
| | COUNTY | 158.75 |
| | S P D | 0.00 |
| | **TOTAL AMOUNT OF LIEN** | **$ 3,000.26** |

This lien is cumulative and in addition to all other liens provided by law and is sufficient to cover all taxes/fees, fines, penalties and interest of any nature or type which may have accrued before or after the filing of this notice.

This notice is made as required by TEX. TAX CODE ANN. ch. 113 and all other relevant provisions of law.

Given under my hand and seal of office at the City of Austin, Texas, this ___26th___ day of ___June___, 2015

**GLENN HEGAR**
COMPTROLLER OF PUBLIC ACCOUNTS

County Clerk certification and recording information

FILED FOR RECORD IN MY OFFICE
2015 JUL -2 PM 2:29

For tax assistance call 1-800-252-5555 toll free nationwide. The Austin number is 512-463-4600.

RC

Doc# 20150046082
#Pages 1 #NFPages 1
7/6/2015 10:17:36 AM
Filed & Recorded in
Official Records of
El Paso County
Delia Briones
County Clerk
Fees $16.00

I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded by document number in the Official Public Records of Real Property in El Paso County.

*Delia Briones*

EL PASO COUNTY, TEXAS

| Form 668 (Y)(c) (Rev. February 2004) | 3592 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 918703113 | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



13-0003725112
02/04/2013 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
464266710006

Name of Taxpayer GOOD TIME STORES INC, a Corporation

Residence  7108 AIRPORT RD
EL PASO, TX 79906-4909



**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2012 | 74-1786364 | 12/31/2012 | 01/30/2023 | 115990.64 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 115990.64

This notice was prepared and signed at  NASHVILLE, TN , on this,

the  25th  day of  January , 2013 .

Signature  for HARTMUT MUELLER

Title REVENUE OFFICER (915) 834-6563    25-05-2441

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number 137173414 | For Optional Use by Recording Office 15-0001264493 01/12/2015 05:00 PM  FILED TEXAS SECRETARY OF STATE SOS 586508670021 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  GOOD TIME STORES INC, a Corporation

Residence  7108 AIRPORT RD
EL PASO, TX 79906-4909

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2014 | 74-1786364 | 10/06/2014 | 11/05/2024 | 21095.94 |

Place of Filing
Secretary of State
Austin, TX 78711

Total $ 21095.94

This notice was prepared and signed at  NASHVILLE, TN , on this,

the  31st  day of  December, 2014.

Signature  ~ Cheryl Cordero
for J. C. ESTRADA

Title  REVENUE OFFICER
(915) 834-6574   25-05-2413

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number 146260215 | For Optional Use by Recording Office 15-0007321413 03/10/2015 05:00 PM FILED TEXAS SECRETARY OF STATE 595631100010 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer GOOD TIME STORES INC, a Corporation

Residence 7108 AIRPORT RD
EL PASO, TX 79906-4909

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2014 | 74-1786364 | 02/16/2015 | 03/18/2025 | 31169.84 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 31169.84

This notice was prepared and signed at __NASHVILLE, TN__ , on this,

the __03rd__ day of __March__, __2015__.

| Signature Cheryl Cordero for J. C. ESTRADA | Title REVENUE OFFICER (915) 834-6574 | 25-05-2413 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number 145913815 | For Optional Use by Recording Office 15-0007342961 03/10/2015 05:00 PM FILED TEXAS SECRETARY OF STATE 595644680027 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer GOOD TIME STORES INC, a Corporation

Residence  7108 AIRPORT RD
EL PASO, TX 79906-4909

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2014 | 74-1786364 | 06/30/2014 | 07/30/2024 | 1076.56 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 1076.56

This notice was prepared and signed at  NASHVILLE, TN , on this, the 27th day of February, 2015.

Signature  Cheryl Cordero  for J. C. ESTRADA

Title REVENUE OFFICER (915) 834-6574

25-05-2413

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 162021215 | **For Optional Use by Recording Office** 15-0020396127 06/22/2015 05:00 PM FILED TEXAS SECRETARY OF STATE SOS 613209600005 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** GOOD TIME STORES INC, a Corporation

**Residence** 7108 AIRPORT RD
EL PASO, TX 79906-4909

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2014 | XX-XXX6364 | 04/20/2015 | 05/20/2025 | 51.87 |

**Place of Filing**
Secretary of State
Austin, TX 78711

Total $ 51.87

This notice was prepared and signed at NASHVILLE, TN , on this, the 12th day of June , 2015.

Signature: Cheryl Cordaro for J. C. ESTRADA
Title: REVENUE OFFICER (915) 834-6574    25-05-2413

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X